Charles D. **WHEAT**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 35577.

Missouri Court of Appeals, Western District.

May 28, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 30, 1985.

Application to Transfer Denied Sept. 10, 1985.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Pub. Def., Kansas City, for appellant.

John Ashcroft, Atty. Gen., Mark A. Richardson, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and DIXON, JJ.

ORDER

PER CURIAM.

The judgment to deny the Rule 27.26 motion to set aside the conviction and sentence is affirmed. Rule 84.16(b).